Argued September 17, reversed September 17, 1975

ROBERT E. BROWN, *Petitioner, v.* OREGON
STATE PENITENTIARY (No. 04-75-133),
*Respondent.*

540 P2d 386

*John K. Hoover,* Deputy Public Defender, Salem,
argued the cause for petitioner. With him on the
brief was Gary D. Babcock, Public Defender, Salem.

*W. Michael Gillette,* Solicitor General, Salem,
argued the cause for respondent. With him on the
brief were Lee Johnson, Attorney General, and Thomas H. Denney, Assistant Attorney General, Salem.

Before Schwab, Chief Judge, and Fort and Lee,
Judges.

PER CURIAM.

In this disciplinary proceeding defendant was
found to have violated a major rule of conduct. We
find no evidence in the record supporting this conclusion.

Reversed.